**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 277 MAL 2022

            Respondent           :

                                       :    Petition for Allowance of Appeal

                 v.                      :    from the Order of the Superior Court

                                       :

ALEXANDER BRYANT,                  :

                                       :

                     Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.